UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALESSI & KOENIG, LLC, <br><br>            Plaintiff, <br><br>    vs. <br><br>RICHARD SILVERSTEIN, *et al.*, <br><br>            Defendants. | 3:15-cv-00520-RCJ-WGC <br><br> **MINUTES OF PROCEEDINGS** <br><br> June 28, 2016 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>      REPORTER:       <u>FTR</u>

COUNSEL FOR PLAINTIFF:  <u>Steven T. Loizzi (Telephonically)</u>

COUNSEL FOR DEFENDANTS:   <u>Darren Brenner (obo: Countrywide Home Loan, Inc. and Bank of America, N.A., Telephonically); Virginia Lowe (obo: United Stated Department of Treasure, IRS, Telephonically) and Diana Ebron (obo: SFR Investments Pool I, LLC, Present)</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:41 p.m.  Court convenes.

   The court advises Steven T. Loizzi that he has not yet made an appearance in this case and should do so as soon as possible so his name appears on the docket as counsel for plaintiff Alessi & Koenig, LLC.  Mr. Loizzi agrees to do so.

   The court briefly summarizes the history of the case.

   The court and counsel next address Counter/Cross-Claimant and Cross-Defendant, Bank of America, N.A.'s ("BANA") "Motion to Stay Rule 30(b)(6) Deposition and for a Protective Order to Limit Depositions Topics, or Alternatively, Emergency Motion for Protective Order" (ECF Nos. 29, 31).

   The court reviews each topic (1-6) listed in SFR's deposition notice
(see ECF No. 29, ¶ A) in which BANA seeks a protective order.

1

Minutes of Proceedings
3:15-cv-00520-RCJ-WGC
June 28, 2016

      After extensive discussion with counsel regarding the six (6) topics, the protective order is GRANTED as to topics 4 and 5 and DENIED as to topics 1, 2, 3 and 6.

      Therefore, IT IS ORDERED BANA's motion to stay Fed. R. Civ. P. 30(b)(6) deposition is **DENIED** and the motion for protective order is **GRANTED in part** (ECF Nos. 29, 31).  The deposition shall proceed and may occur via video/teleconference.  Furthermore, the deposition shall address SFR topics 1, 2, 3 and 6 listed in is deposition notice.

**IT IS SO ORDERED.**

3:08 p.m.  Court adjourns.

                                  LANCE S. WILSON, CLERK

                                  By: _____/s/_____
                                      Katie Lynn Ogden, Deputy Clerk