UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALESSI & KOENIG, LLC | ) | 3:15-cv-00520-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) | January 13, 2017 |
| RICHARD SILVERSTEIN, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>   REPORTER:   <u>FTR</u>

COUNSEL FOR PLAINTIFF: <u>No Appearance</u>

COUNSEL FOR DEFENDANTS:  <u>Darren Brenner and Thera Cooper (obo: Bank of America, N.A., Telephonically); Virginia Lowe (obo: Government, Telephonically); Jacqueline Gilbert (obo: SFR Investments Pool I, LLC, Telephonically); Tom McGrath (obo: Double Diamond Ranch Master Association, Telephonically); and Jeanette McPherson (obo the Trustee, telephonically).</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:46 p.m.  Court convenes.

     The court holds today's conference to address the joint motion for a status conference with regard to the automatic stay (ECF No. 69).  The court is in receipt and has reviewed the statements entered by the parties regarding the extent of the automatic stay (ECF Nos. 72, 73).

     The court advises the parties that it is not within the assigned Magistrate Judge's authority to approve or deny a stay in a case; rather, it is within the Magistrate Judge's scope to address potential stays in discovery.  However, the court recognizes that it appears by operation of law that an automatic stay applies to this case pursuant to §362 of the Bankruptcy Code.

Minutes of Proceedings
3:15-cv-00520-RCJ-WGC
January 13, 2017

  Mr. Brenner on behalf of Bank of America indicates it is his client's preference to extend the scheduling order deadlines, especially when many of cases are similarly situated and discovery deadlines are imminent.  Counsel for SFR Investments Pool 1, LLC agrees extending the deadlines is appropriate and requests the extension be longer than 60 days out.

  After hearing from counsel, the court concurs extending the deadlines is appropriate.  Therefore, the dispositive motion(s) deadline is extended to **Friday. 4/28/2017**.  The deadline to file the proposed joint pretrial order is extended to **Wednesday, 5/31/2017**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the court.

  A status conference is hereby scheduled for **Wednesday, 4/12/2017 at 1:30 p.m.**  Counsel wishing to appear telephonically shall dial 1-877-873-8017, enter the access code 341640, and enter the security code 41217 approximately five (5) minutes prior to the hearing.

            DEBRA K. KEMPI, CLERK OF COURT

            By: _____/s/_____
              Katie Lynn Ogden, Deputy Clerk