1  **TYSON & MENDES LLP**
   THOMAS E. MCGRATH
2  Nevada Bar No. 7086
   Email: tmcgrath@tysonmendes.com
3  CHRISTOPHER A. LUND
   Nevada Bar No. 12435
4  Email: clund@tysonmendes.com
   8275 South Eastern Avenue, Suite 115
5  Las Vegas, Nevada 89123
   Tel: (702) 724-2648
6  Fax: (702) 938-1048
   *Attorneys for Double Diamond Ranch Master*
7  *Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALESSI & KOENIG LLC, a Nevada limited liability company, | Case No. 3:15-cv-00520-RCJ-WGC |
| Plaintiff, | **CROSS-DEFENDANT DOUBLE DIAMOND RANCH MASTER ASSOCIATION'S LIMITED OPPOSITION TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; THE CITY OF RENO, a domestic government entity; WASTE MANAGEMENT OF NEVADA, INC., a domestic corporation; DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, a domestic corporation, DOES INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS XI-XXX, inclusive, | |
| Defendants. | |
| BANK OF AMERICA, N.A., | |
| Counter/Cross Claimant, | |
| v. | |
| ALESSI & KOENIG LLC, a Nevada limited liability company, SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; Does 1 through 10; and ROES 1 through 10, inclusive, | |
| Counter/Cross Defendants. | |

1

| | |
|---|---|
|  | SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company, |
|  | Counterclaimant/Cross-claimant, |
|  | v. |
|  | BANK OF AMERICA, N.A., UNITED STATES OF AMERICA; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; DOES 1 through 10, and ROE BUSINESS ENTITIES 1 through 10, inclusive, |
|  | Counter/Cross-Claimant, Cross Defendants |

COMES NOW CROSS-DEFENDANT DOUBLE DIAMOND RANCH MASTER ASSOCIATION ("Double Diamond") by and through its counsel of record, Christopher A. Lund, Esq., of TYSON & MENDES and hereby submits its limited opposition to Bank of America's Motion for Summary Judgment as follows:

**I.   ARGUMENT**

Cross-Defendant Double Diamond does not claim an ownership interest in the property that it the subject of this case nor does it take a position regarding whether its foreclosure sale extinguished Defendant/Crossclaimant BANK OF AMERICA, N.A.'s ("Bank of America") alleged interest in the subject property.

Although Bank of America states at the beginning of its Motion for Summary Judgment ("Motion") that it "moves for summary judgment on all claims in this matter," based on the arguments raised in its Motion, it appears Bank of America is only seeking summary judgment on its claims for Quiet Title and Declaratory Relief. Bank of America does not appear to be seeking judgment on its alternative remedy claims directed against Double Diamond in its cross claims. These alternative remedy theories include Bank of America's Fourth Cause of Action for Unjust Enrichment, its Fifth Cause of Action for Tortious Interference with Contractual Relations, its Sixth Cause of Action for Breach of the Duty of Good Faith and its Seventh Cause of Action for Wrongful Foreclosure.

All of the aforementioned alternative remedy theories Bank of America asserts against

2

Double Diamond involve disputed questions of fact. Furthermore, Bank of America did not lay out arguments in its Motion showing it is entitled to relief on its alternative remedy theories. In addition, they are only relevant if the Court finds that Double Diamond's foreclosure sale extinguished Bank of America's alleged interest in the property.  If the Court found against Bank of America regarding its Quiet Title and Declaratory Relief Claims, whether Bank of America sustained any damage from its loss of interest in the subject property and the amount of any such damages involved disputed questions of fact.  Therefore, Bank of America rightfully does not seek summary judgment regarding the aforementioned causes of action.

Assuming the Court agrees with this interpretation of Bank of America's Motion for Summary Judgment, because Double Diamond claims no ownership interest in the subject property, it does not take any position regarding the outcome of SFR Investment Pool 1, LLC's and Bank of America's competing motions for summary judgment regarding their Quiet Title and Declaratory Relief Claims.

If the Court grants Bank of America's Motion for Summary Judgment, Double Diamond respectfully submits that the Court should dismiss Bank of America's remaining causes of action asserted in its Crossclaim, on the grounds that they are rendered moot.

DATED this 7th day of August, 2017.



**TYSON & MENDES LLP**

 */s/   Christopher A. Lund*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
8275 S. Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
Tel:  (702) 724-2648
*Attorneys for Defendant*
*Double Diamond Ranch Master Association*

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 7th day of August, 2017 a copy of the foregoing **CROSS-DEFENDANT DOUBLE DIAMOND RANCH MASTER ASSOCIATION'S OPPOSITION TO BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** was made by electronic service to all interested parties.

| | |
|---|---|
| Huong X. Lam, Esq.<br>Bradley D. Bace, Esq..<br>ALESSI & KOENIG, LLC<br>9500 W. Flamingo Rd., Ste. 205<br>Las Vegas, NV 89147<br>Email: huong@alessikoenig.com;<br>brad@alessikoenig.com;<br>*Attorneys for Alessi & Koenig, LLC* | Howard C. Kim, Esq.<br>Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Email: howard@kgelegal.com;<br>diana@kgelegal.com; jackie@kgelegal.com;<br>karen@kgelegal.com<br>*Attorneys for SFR Investments Pool I, LLC* |
| Virginia Cronan Lowe, Esq.<br>Trial Attorney, Tax Division<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044<br>Email: virginiacronan.lowe@usdoj.gov<br>*Attorneys for United States Department of Treasurer, Internal Revenue Service* | Holly A. Vance, Esq.<br>U.S. ATTORNEY'S OFFICE<br>100 West Liberty<br>Reno, NV 89501<br>Email: Holly.A.Vance@usdoj.gov<br>*Attorneys for United States Department of Treasury, Internal Revenue Service* |

Darren T. Brenner, Esq.
Eric Sebastian Powers, Esq.
Thera Cooper, Esq.
Tenesa S. Scaturro, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: Darren.brenner@akerman.com;
Eric.Powers@akerman.com;
Thera.cooper@akerman.com;
tenesa.scaturro@akerman.com
*Attorneys for Defendant Bank of America, NA., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans, Inc.*

                                                              */s/   Kathryn Savage-Koehm*
                                                              An employee of Tyson & Mendes LLP