DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALESSI & KOENIG LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; THE CITY OF RENO, a domestic government entity; WASTE MANAGEMENT OF NEVADA, INC., a domestic corporation; DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, a domestic corporation, DOES INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS XI-XXX, inclusive<br><br>Defendants.<br><br>BANK OF AMERICA, N.A.,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>ALESSI & KOENIG LLC, a Nevada limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOUBLE DIAMOND RANCH MASTER ASSOCIATION, a Nevada entity; Does 1 through 10; and ROES 1 through 10, inclusive, | Case No.: 3:15-cv-00520-RCJ-WGC<br><br>**JUDGEMENT IN FAVOR OF BANK OF AMERICA, N.A., AS TO SFR INVESTMENTS POOL 1, LLC** |

42949898;1

| | |
|---|---|
| | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| | Counterclaimant/Cross-claimant, |
| | v. |
| | BANK OF AMERICA, N.A.; UNITED STATES OF AMERICA; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; DOES 1 through 10, and ROE BUSINESS ENTITIES 1 through 10, inclusive, |
| | Counter/Cross-Claimant, Cross-Defendants |

Pursuant to the Order dated August 30, 2017, granting summary judgment in favor of Bank of America, N.A., and against SFR Investments Pool 1, LLC, it is hereby

ORDERED, ADJUDGED, AND DECREED that Bank of America, N.A.'s Deed of Trust for the property commonly known as 1621 Caliterra Way, Reno, Nevada 89521, APN 161-282-05, was not extinguished by any foreclosure sale by Double Diamond Ranch Master Association, and further

ORDERED, ADJUDGED, AND DECREED that SFR Investments Pool 1, LLC's foreclosure sale purchase of the property commonly known as 1621 Caliterra Way, Reno, Nevada 89521, APN 161-282-05, is subject to Bank of America, N.A.'s Deed of Trust on this property.

Dated this 2nd day of November, 2017.

_____
THE HON. ROBERT C. JONES
United States District Judge

Submitted By:

**AKERMAN LLP**

*/s/ Thera Cooper*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans, Inc.*