Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89109
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@s-mlaw.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; THE CITY OF RENO, a domestic government entity; WASTE MANAGEMENT OF NEVADA, INC., a domestic corporation; DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, a domestic corporation, DOES INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS XI-XXX, inclusive,<br><br>        Defendants. | Case No. 3:15-cv-00520-RCJ-WGC<br><br>**ORDER GRANTING<br>MOTION TO REMOVE ATTORNEY<br>FROM ELECTRONIC SERVICE LIST<br>AND MAILING SERVICE LIST** |
| BANK OF AMERICA, N.A.,<br><br>        Counter/Cross-Claimant,<br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES 1 through 10; and ROES 1 through 10, inclusive | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counterclaimant/Cross-Claimant<br>vs.<br><br>BANK OF AMERICA, N.A.; UNITED STATES | |

Page 1

OF AMERICA; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and RICHARD SILVERSTEIN, an individual; SANDRA SILVERSTEIN, an individual; DOES 1 through 10, and ROE BUSINESS ENTITIES 1 through 10, inclusive,

Counter/Cross-Claimant, Cross-Defendants

Jeanette E. McPherson, Esq., as counsel for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig Bankruptcy Estate, brings this Motion To Remove Attorney From Electronic Service List And Mailing Service List ("Motion").

On December 13, 2016, Alessi & Koenig, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada ("Bankruptcy Court"), Case No. BK-S-16-16593-ABL (the "Bankruptcy Case"). Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor. . . ."

In the Debtor's Bankruptcy Case, the automatic stay under 11 U.S.C. § 362 was terminated for all purposes, with the exception that collection of a judgment obtained against the Debtor may only be pursued against the Debtor in the United States Bankruptcy Court for the District of Nevada, BK-S-16-16593-ABL. See attached **Exhibit 1**.

In general, the automatic stay was terminated because the pending litigation and participation in the litigation would not provide benefit to the Debtor's bankruptcy estate. As a result, the Trustee and her counsel will not be participating in any matter in which the Debtor is a party, and the parties may proceed against the Debtor if in accordance with the order attached hereto as **Exhibit 1**.

/ / /
/ / /
/ / /
/ / /
/ / /

In addition, because the Trustee and her counsel will not be participating in any matter which the Debtor is a party, the Trustee and her counsel request that they be removed from both the Court's CM/ECF and mailing service list with respect to the above referenced action.

Dated: November 4, 2019.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig, LLC Bankruptcy Estate*

IT IS SO ORDERED.

DATED: November 5, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

Page 3