**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALESSI & KOENIG, LLC, a Nevada limited liability company, | Case No.: 3:15-CV-00520-RCJ-WGC |
| Plaintiff, | |
| vs. | ORDER SETTING ZOOM STATUS CONFERENCE |
| RICHARD SILVERSTEIN, an individual, *et al.*, | |
| Defendants. | |

 **IT IS HEREBY ORDERED** that a Zoom Video Status Conference is set for **10:45 A.M.(PDT), Monday, March 22, 2021**, before the Honorable Robert C. Jones, District Judge.

 **IT IS FURTHER ORDERED** that the parties are directed to contact the courtroom deputy Lesa Ettinger (Lesa_Ettinger@nvd.uscourts.gov or 775-686-5833) **by Noon, Friday, Friday, March 19, 2021,** to provide her the e-mail address of each counsel, party and/or representative attending the hearing.

 **IT IS FURTHER ORDERED** that the following Video Conference Instructions be adhered to as follows:

 **INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

 Instructions to the scheduled hearings will be sent via email ONE (1) day prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

**IT IS FURTHER ORDERED** that the Public may access and listen to the Hearing as follows: Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 675-2535. Access Code is 2900398 Security Code 032221.

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**IT IS FURTHER ORDERED** the parties shall file a Joint Status Report with the Court on or before **Friday, March 12, 2021.**

**IT IS SO ORDERED.**

Dated this 9th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge